**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN THE MATTER OF**: MAGGIE Y. GADDY**                    CASE NO:  **05-05384-8-SWH**

**REPORT ON UNCLAIMED DIVIDENDS**

The undersigned Trustee, having concluded administration of the above estate, respectfully reports
unto the Court:

1.   That checks were issued to certain creditors in payment of dividends due in the distribution of the
     estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect
     mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-
     payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **ROUNDUP FUNDING, LLC**<br>**MS 550**<br>**PO BOX 91121**<br>**SEATTLE, WA 98111-9221** | **$17.47** | **1/7/10** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or
whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends
pursuant to 11 U.S.C. 347.

**June 23, 2010**                                   /s/ Trawick H. Stubbs, Jr.
                                                    **TRAWICK H. STUBBS, JR.**
                                                    **CHAPTER 13 TRUSTEE**
                                                    **P. O. BOX 1618**
                                                    **NEW BERN, NC  28563**
                                                    **(252) 633-0074**